JOHN E. MILHOLLAND, Appellant, *v.* CHARLES R. PAYNE, as Executor of DANIEL F. PAYNE, Deceased, Respondent.

*Milholland* v. *Payne,* 169 App. Div. 712, affirmed.
(Argued May 3, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 10, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint in an action to compel specific performance of a contract to sell real property or for damages. The action is brought in equity to compel the defendant to deed to the plaintiff certain land theretofore purchased by the defendant on the ground that the defendant had agreed to purchase the same for the plaintiff, and upon the promise of the defendant to make such conveyance to the plaintiff.

*Adelbert W. Boynton* for appellant.

*Frank B. Wickes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.